UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.:

WEBBER INFRASTRUCTURE MANAGEMENT, INC.

vs.

LA. CARRIERS, L.L.C.
_____/

## **COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, WEBBER INFRASTRUCTURE MANAGEMENT, INC. ("WEBBER"), by and through the undersigned attorneys, and sues the Defendant, LA. CARRIERS, L.L.C. ("LA CARRIERS"), and alleges as follows:

1. This action arises within the admiralty and maritime jurisdiction of this Court within the meaning of Federal Rule of Civil Procedure 9(h).

2. The subject matter jurisdiction of this matter arises under §28 U.S.C. §1333 as the negligence and collision hereinafter alleged occurred within the navigable waters of the United States and during the conduct of traditional maritime activity.

3. The negligent acts and resulting collision between LA CARRIERS' vessel and the bridge fenders for the Bryant Patton Memorial Bridge occurred within navigable waterways that lie within this Court's jurisdictional boundaries, and thus, venue is proper.

4. At all times material hereto, LA CARRIERS is a corporation duly formed under the laws of the state of Louisiana, but which was doing business within Florida, and more specifically, within the jurisdictional limits of this Court.

5. WEBBER is an infrastructure maintenance contractor that performs work under various agreements with the Florida Department of Transportation ("FDOT"), including Contract Number E3O40. A true and correct copy of this Contract ("the Contract") is attached hereto as Exhibit "A".

6. Under the terms of the Contract, WEBBER is responsible for the maintenance and upkeep of various properties of the FDOT, including the aforementioned Bryant Patton Memorial Bridge, and is responsible for repairing any damages caused to this property by third parties. Pursuant to Section 2.5 of the Scope of Services of the Contract, WEBBER is permitted to pursue recovery of those damages against any third parties responsible for causing the damages to the property, including by bringing an action to do so in its own name.

7. At all times material hereto, LA CARRIERS was the owner of a tugboat and barge which at all times material hereto, was engaged in traditional commercial maritime activity.

8. At all times material hereto, the Captain and crew of the tugboat and barge were all employees, agents or servants or LA CARRIERS, and were engaged in traditional commercial maritime activity in the course and scope of their employment, agency or servitude with LA CARRIERS.

8. On or about April 29, 2021, this tugboat and barge owned by LA CARRIERS, while engaged in traditional commercial maritime activities on behalf of LA CARRIERS, was passing beneath or through the Bryant Patton Memorial Bridge.

9. At this time, and at all times material hereto, the Captain and crew of the tugboat and barge, all of whom were employees, agents or servants of LA CARRIERS,

owed a duty to exercise reasonable care in the operation of the tugboat and barge, including such care as was necessary to successfully navigate beneath and through the Bryant Patton Memorial Bridge.

10. At this time and place, the Captain and crew of the tugboat and barge, breached this duty and did negligently operate and/or maintain the tugboat and barge so as to cause it to strike the <u>southern</u> bridge fender system of the Bryant Patton Memorial Bridge.

11. As a direct and proximate result of this negligence of LA CARRIERS' Captain and crew, substantial structural and other damage was done to the bridge fender system of the Bryant Patton Memorial Bridge, necessitating the repair or replacement of portions of the fender system, and the loss of use of the bridge and fender system associated with this damage and the efforts taken to repair it, which sums total more than $416,000.00.

**WHEREFORE,** WEBBER demands judgment for damages against LA CARRIERS, and its costs associated with the prosecution of this claim.

Respectfully submitted this 21st day of February, 2023.

> CONROY SIMBERG
> 3440 Hollywood Boulevard, Second Floor
> Hollywood, FL 33021
> Telephone: (954) 961-1400 Broward
> Facsimile: 954-518-8600
> Primary Email: eservicehwd@conroysimberg.com
> Secondary Email: scohen@conroysimberg.com
>
> By: _/s/ Stuart F. Cohen, Esquire_
> Stuart F. Cohen, Esquire
> Florida Bar No. 986178