IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
IN ADMIRALITY

WEBBER INFRASTRUCTURE
MANAGEMENT, INC.,

      Plaintiff,                        CASE NO.: 3:23-cv-04496-TKW-HTC

vs.

L.A. CARRIERS, LLC,

      Defendant.

_____/

**DEFENDANT, L.A. CARRIERS, LLC'S**
**FED. R. CIV. P. 26(A)(1) INITIAL DISCLOSURES**

Defendant, L.A. CARRIERS, LLC ("L.A. CARRIERS"), by and through undersigned counsel, hereby serves their FED. R. CIV. P. 26(a)(1) *Initial Disclosures*:

**I.    Individuals possibly possessing discoverable information:**

The following individuals may have knowledge of the events that gave rise to this litigation as well as the nature and extent of the alleged damages:

1.    John Plaisance
       LA Carriers
       c/o Galloway Law Firm
       118 E. Garden Street
       Pensacola, FL 32502
       Mr. Plaisance has information regarding the accident investigation.

2.    Tommy Plaisance
       LA Carriers

    c/o Galloway Law Firm
    118 E. Garden Street
    Pensacola, FL 32502
    Mr. Plaisance has information regarding the accident investigation.

3.  Captain Dan Mabius
    LA Carriers
    c/o Galloway Law Firm
    118 E. Garden Street
    Pensacola, FL 32502
    Capt. Mabius was at the helm of the vessel.

4.  Pilot Kelvin Wylie
    31367 Hartley Road
    Bush, LA 70431
    662-820-1714
    Mr. Wylie was the pilot of the vessel.

5.  Douglas Guidry
    LA Carriers
    c/o Galloway Law Firm
    118 E. Garden Street
    Pensacola, FL 32502
    Mr. Guidry was the deckhand of the vessel.

6.  Toby Gabourel
    1612 Versailles Business Pkwy, Apt. 1803
    Covington, LA 70433
    Mr. Gabourel was the deckhand of the vessel.

7.  Daniel Townsend
    Webber Infrastructure Management, Inc.
    11943 NW SR 20
    Bristol, FL 32321
    Mr. Townsend has information regarding the accident investigation.

8.  Benny Jacobs
    Webber Infrastructure Management, Inc.
    11943 NW SR 20
    Bristol, FL 32321

Mr. Howell has information regarding the accident investigation.

9. John Howell
Webber Infrastructure Management, Inc.
11943 NW SR 20
Bristol, FL 32321
Mr. Howell has information regarding the accident investigation.

10. Shane Maneth
Webber Infrastructure Management, Inc.
11943 NW SR 20
Bristol, FL 32321
Mr. Howell has information regarding the accident investigation.

11. Michael Schober
United States Coast Guard
Mr. Schober is believed to have information regarding the accident investigation.

12. Anthony Anselmi
Marine Surveyor
Central Maritime, LLC
Mr. Anselmi has knowledge regarding the investigation of the original accident with the fender system.

13. Jack Leary
HG Harders & Son, Inc.
5521 East Hwy 98
Panama City, FL 32404
Mr. Leary has knowledge of the repairs to the bridge fender system.

14. Alan Sammons
Crawford & Company
3956 Town Center Blvd
Orlando, FL 32837
Mr. Sammons was involved in the investigation of the accident.

15. Wanda Didier
TCIC Marine Department
227 W. 4th Street, Ste. 236

        Charlotte, NC 28202
        Ms. Didier was involved in the investigation of the accident.

16.   Edwin J. Mackiewicz, III
      EJM Consulting Services, LLC
      65 E. NASA Blvd, Ste. 204
      Melbourne, FL 32901
      Mr. Mackiewicz was involved in the investigation of the accident and the damages at issue.

17. Any non-objectionable witnesses identified by Plaintiff.

18. Any witnesses identified through discovery.

19. Any witnesses deposed in this matter.

20. Any witness identified for authentication, impeachment, or rebuttal purposes.

## II. Documents:

1. Marine Incident Investigation Report;

2. Morning Report;

3. Letter from Ferrovial Services dated January 17, 2022 with enclosures;

## III. Computation of Damages:

None.

## IV. Insurance:

1. Talisman Casualty Insurance Company, Policy Number TCIC201906617-622; a

2. Clear Spring Property and Casualty Company, Policy Number CSLACA202012617-618; and

3. Clear Spring Property and Casualty Company, Policy Number CSLACA202012619.

Pursuant to Rule 26(a)(1) Federal Rules of Civil Procedure, Defendant prepared its initial disclosures based on the information reasonably available to it at this stage of the lawsuit. Accordingly, Defendant specifically reserves the right to later supplement these disclosures pursuant to information identified later in the discovery process.

Defendant also reserves the right to designate or use any and all information or documents designated in the Plaintiff's initial disclosures or otherwise.

*s/ J. Michael Grimley, Jr.*
J. MICHAEL GRIMLEY, JR.
FL Bar No. 0667234
MICHAEL T. STALLINGS
FL Bar No. 1007732
Galloway, Johnson, Tompkins, Burr & Smith, PLC
118 East Garden Street
Pensacola, FL 32502
Service email: jmgservice@gallowaylawfirm.com
(850) 436-7000 Telephone
(850) 436-7099 Facsimile
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served to **Stuart F. Cohen, Esquire** of Conroy Simberg, 3440 Hollywood Blvd, Second Floor,

Hollywood, FL 33021, eservicehwd@conroysimberg.com and scohen@conroysimberg.com via electronic mail delivery on the **19**[th] day of **May, 2023**.

                                               *s/ J. Michael Grimley, Jr.*
                                               J. MICHAEL GRIMLEY, JR.
                                               FL Bar No. 0667234
                                               MICHAEL T. STALLINGS
                                               FL Bar No. 1007732